IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| H-D U.S.A., LLC,<br><br>　　　　　Plaintiff,<br>v.<br><br>CHANGZHOU MAI'AI INTERNATIONAL TRADE CO., LTD., et al.,<br><br>　　　　　Defendants. | Case No. 22-cv-01911<br><br>**Judge Robert M. Dow, Jr.**<br><br>**Magistrate Judge Jeffrey Cole** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure Plaintiff H-D U.S.A., LLC ("Harley-Davidson" or "Plaintiff") hereby dismisses this action with prejudice as to the following Defendant:

| **Defendant Name** | **Line No.** |
|---|---|
| Ding | 138 |
| gongqin | 144 |
| Guanling | 145 |
| shiguangpearl | 146 |

Dated this 19th day of August 2022.　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Allyson M. Martin
　　　　　　　　　　　　　　　　　　　　Amy C. Ziegler
　　　　　　　　　　　　　　　　　　　　Justin R. Gaudio
　　　　　　　　　　　　　　　　　　　　Allyson M. Martin
　　　　　　　　　　　　　　　　　　　　Marcella D. Slay
　　　　　　　　　　　　　　　　　　　　Greer, Burns & Crain, Ltd.
　　　　　　　　　　　　　　　　　　　　300 South Wacker Drive, Suite 2500
　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　　　312.360.0080 / 312.360.9315 (facsimile)
　　　　　　　　　　　　　　　　　　　　aziegler@gbc.law
　　　　　　　　　　　　　　　　　　　　jgaudio@gbc.law
　　　　　　　　　　　　　　　　　　　　amartin@gbc.law
　　　　　　　　　　　　　　　　　　　　mslay@gbc.law

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff H-D U.S.A., LLC*