IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| H-D U.S.A., LLC,<br><br>　　　　　Plaintiff,<br>v.<br><br>CHANGZHOU MAI'AI INTERNATIONAL TRADE CO., LTD., et al.,<br><br>　　　　　Defendants. | Case No. 22-cv-01911<br><br>**Judge Robert M. Dow, Jr.**<br><br>**Magistrate Judge Jeffrey Cole** |

**PLAINTIFF'S MOTION FOR ENTRY OF A
<u>CONSENT JUDGMENT AS TO CERTAIN DEFENDANTS</u>**

Plaintiff H-D U.S.A., LLC ("Harley-Davidson" or "Plaintiff") filed a Complaint against defendants Fuyu, Qingtian Yingying Electronic Commerce Co., Ltd, and Shenzhen Rongxiner Network Technology Co., Ltd ("Defendants") on April 13, 2022. Plaintiff and Defendants have resolved all claims arising from the allegations in the Complaint, and have agreed to entry of the proposed Consent Judgment. As such, Plaintiff moves this Honorable Court for the entry of a Consent Judgment. A copy of the proposed Consent Judgment has been submitted to Proposed_Order_Dow@ilnd.uscourts.gov.

1

Dated this 24th day of August 2022.     Respectfully submitted,

/s/ Allyson M. Martin
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Marcella D. Slay
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law
mslay@gbc.law

*Counsel for Plaintiff H-D U.S.A., LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of August 2022, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send a "Notice of Electronic Filing" to the parties of record in this case.

/s/ Allyson M. Martin
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Marcella D. Slay
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law
mslay@gbc.law

*Counsel for Plaintiff H-D U.S.A., LLC*